**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

MARK A. FLANNERY, WENDY S. FLANNERY, BRIAN A. HOFFMAN, GARY HOFFMAN, suing as Gary C. Hoffman, ROCHELLE J. HOFFMAN, individually, and TREASURER'S ISLAND, INC., a Minnesota Corporation,

Civil No. 01-554 (DWF/AJB)

Plaintiffs,

v.

**ORDER OF REFERENCE**

GRACO CHILDREN'S PRODUCTS, INC., being sued as Graco Children's Products Company, Inc.,

Defendant.

---

James F. Baldwin, Esq., Moss & Barnett, 90 South Seventh Street, Suite 4800, Minneapolis, MN 55402, counsel for Plaintiffs.

Nicole A. Engisch, Esq., Leonard, Street and Deinard, 150 South Fifth Street, Suite 2300, Minneapolis, MN 55402, counsel for Defendant.

---

IT IS ORDERED that pursuant to Title 28, United States Code, Section 636(b)(1)(A), (B), and (C), Defendant's Motion to Dismiss or to Certify or to Transfer Venue is referred to Magistrate Judge Arthur J. Boylan.

At this time the Court's file only contains the Letter of Service required by Local Rules.

Dated: May 16, 2001

DONOVAN W. FRANK
Judge of United States District Court

Filed MAY 16 2001
Francis E. Dosal, Clerk
Judgment Entered ________
Deputy Clerk's Initials ________