**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

MARK A. FLANNERY, WENDY S. FLANNERY, BRIAN A. HOFFMAN, GARY HOFFMAN, suing as Gary C. Hoffman, ROCHELLE J. HOFFMAN, TREASURER'S ISLAND INC., a Minnesota Corporation,

Plaintiffs,

v.

GRACO CHILDREN'S PRODUCTS, INC., being sued as Graco Children's Products Company, Inc.,

Defendant.

Civil No. 01-554 (DWF/AJB)

**ORDER OF DISMISSAL**

---

James Baldwin, Esq., Moss & Barnett, 90 South 7th Street, Suite 4800, Minneapolis, MN 55402, counsel for Plaintiffs.

Nicole Engisch, Esq., Leonard Street and Deinard, 150 5th Street South, Suite 2300, Minneapolis, MN 55402, counsel for Defendant.

---

The court having been advised by counsel that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, with prejudice, the court reserving jurisdiction for ninety (90) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: November 13, 2001

DONOVAN W. FRANK
Judge of United States District Court

Filed NOV 13 2001
Richard D. Sletten, Clerk
Judgment Entered ______________
Deputy Clerk's Initials ______________